# United States District Court
# For The Western District of North Carolina
# Bryson City Division

ROBERT L. STAFFORD,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                          2:05cv225-03-MU

JACKSON COUNTY DETENTION
CENTER, JACKSON COUNTY
SHERIFF, SYLVA POLICE DEPT.,

        Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 23, 2005 Order.

November 23, 2005

FRANK G. JOHNS, CLERK

BY:   s/Elizabeth Barton

Elizabeth Barton, Deputy Clerk