# United States District Court
## For The Western District of North Carolina
## Bryson City Division

ROBERT L. STAFFORD,

       Plaintiff(s),                  JUDGMENT IN A CIVIL CASE

vs.                                   2:05cv225-03-MU

JACKSON COUNTY DETENTION
CENTER, JACKSON COUNTY
SHERIFF, SYLVA POLICE DEPT.,

       Defendant(s).


DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 23, 2005 Order.


                                    FRANK G. JOHNS, CLERK

November 23, 2005

                                    s/Elizabeth Barton

BY: _____

                                    Elizabeth Barton, Deputy Clerk